UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **UNDER SEAL** |
| v. | ) 1:07MJ343 |
| | ) |
| WILLIAM E. WILSON, | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Craig R. Paul, a Detective in the Child Exploitation Unit of the Fairfax County Police

Department and an FBI Innocent Images Initiative Task Force member, being duly sworn, depose

and state as follows:

1.     Your affiant is employed as a Detective of the Fairfax County Police Department.

Your affiant is currently assigned to the Fairfax County Police Department, Criminal

Investigations Bureau, Major Crimes Division, Child Exploitation Unit. I am a member of the

Northern Virginia/Washington D.C. Internet Crimes Against Children Task Force and the FBI

Innocent Images Initiative Task Force. As such, I investigate violations of Virginia and federal

law in the sexual exploitation of children, and am currently investigating federal violations

concerning child pornography and the sexual exploitation of children. I have gained experience

through training in classes, and everyday work related to conducting these types of

investigations. As a member of the aforementioned federal task forces, I am authorized to

investigate violations of laws of the United States and am a law enforcement officer with the

authority to execute warrants issued under the authority of the United States.

2.      The statements contained in this Affidavit are based on my experience and background as a detective working in the area of child exploitation and on information provided by FBI agents and other law enforcement officers.  I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date to establish probable cause to charge and arrest WILLIAM E. WILSON, of 130 Beth Place, Dover, Delaware 19901, for violating Title 18, United States Code, Section 2422(b), Enticement and Coercion of a Minor; and Title 18, United States Code, Section 2252(a)(2) and (b)(1), Attempted Receipt of Child Pornography.

3.      For the reasons set forth below, I respectfully submit that this affidavit contains ample probable cause to believe that WILLIAM E. WILSON attempted to receive child pornography and attempted to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which he can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).  The predicate criminal offenses include, but are not limited to:

a.      Va. Code § 18.2-61(A) (Rape (child under 13 years old);

b.      Va. Code § 18.2-67.1(A)(1) (Forcible Sodomy (child under 13 years old));

c.      Del. Code Ann. Tit. 11 § 771 (Rape Third Degree); and

d.      18 U.S.C. §§ 2252(a)(2) & (b)(1) (Attempted Receipt of Child Pornography)

## INTERNET SERVICES OFFERED BY AOL AND YAHOO!

4.      Based on my training and experience and the experience and training of other law enforcement officers with whom I have had discussions, I have learned the following about AOL:

2

a.     AOL provides Internet access and content services to Internet users. Subscribers obtain an account by registering with AOL and, in some instances, paying a monthly fee. AOL requests that subscribers provide basic information, such as name, gender, zip code and other personal/biographical information. In general, AOL does not verify the information provided.

b.     AOL maintains electronic records pertaining to the individuals and companies for which it maintains subscriber accounts. These records include account access information, information regarding e-mails sent or received by the account, and account application information;

c.     AOL subscribers may access their accounts on servers maintained and/or owned by AOL by using a modem or from any computer connected to the Internet located anywhere in the world;

d.     AOL maintains unopened e-mail addressed to its subscribers for approximately 28 days. Once the subscriber opens an e-mail, AOL retains it for approximately 2 days;

e.     When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to AOL's servers, and then transmitted to its destination. AOL maintains a copy of any e-mail sent by its users for approximately 28 days;

f.     An AOL subscriber can store files, including e-mails and image files, on servers maintained and/or owned by AOL;

g.     As part of AOL's Xdrive feature, each AOL subscriber is given, free of charge, up to 5 gigabytes of storage space on an AOL server, on which the subscriber can store copies of digital images or videos, e-mail attachments and other documents and files, all of which can be shared with other individuals; and

h.     E-mails and image files stored on an AOL server by a subscriber may not necessarily be located in the subscriber's home computer. The subscriber may store e-mails and/or other files on the AOL server for which there is insufficient storage space in the subscriber's computer and/or which he/she does not wish to maintain in the computer in his/her residence. Also, files that may have been deleted from the hard drive of a home computer may still remain on the AOL server. Thus, a search of the files in the computer in the subscriber's residence will not necessarily uncover the files that the subscriber has stored on the AOL server.

3

5.     Based on my training and experience and the experience and training of other law enforcement officers with whom I have had discussions, I have learned the following information about Yahoo!:

a.     Yahoo is an e-mail service which is available free of charge to Internet users. Subscribers obtain an account by registering on the Internet with Yahoo!. Yahoo! requests subscribers to provide basic information, such as name, gender, zip code and other personal/biographical information. However, Yahoo! does not verify the information provided;

b.     Yahoo! maintains electronic records pertaining to the individuals and companies for which they maintain subscriber accounts. These records include account access information, e-mail transaction information, and account application information;

c.     Subscribers to Yahoo!  may access their accounts on servers maintained and/or owned by Yahoo! from any computer connected to the Internet located anywhere in the world;

d.     Any e-mail that is sent to a Yahoo! subscriber is stored in the subscriber's "mail box" on Yahoo!'s servers until the subscriber deletes the e-mail or the subscriber's mailbox exceeds the storage limits preset by Yahoo!. If the message is not deleted by the subscriber, the account is below the maximum limit, and the subscriber accesses the account periodically, that message can remain on Yahoo!'s servers indefinitely;

e.     When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to Yahoo!'s servers, and then transmitted to its end destination. Yahoo! users have the option of saving a copy of the e-mail sent. Unless the sender of the e-mail specifically deletes the e-mail from the Yahoo! server, the e-mail can remain on the system indefinitely. The sender can delete the stored e-mail message thereby eliminating it from the e-mail box maintained at Yahoo!, but that message will remain in the recipient's e-mail box unless the recipient deletes it as well or unless the recipient's account is subject to account size limitations;

4

f.      Yahoo! Also makes available to users free and premium content, including but not limited to Yahoo! Chat Groups, which are defined by various subject areas;

g.      A Yahoo! subscriber can store files, including e-mails and image files, on servers maintained and/or owned by Yahoo!; and

h.      E-mails and image files stored on a Yahoo! server by a subscriber may not necessarily be located in the subscriber's home computer.  The subscriber may store e-mails and/or other files on the Yahoo! server for which there is insufficient storage space in the subscriber's computer and/or which he/she does not wish to maintain in the computer in his/her residence.  A search of the files in the computer in the subscriber's residence will not necessarily uncover the files that the subscriber has stored on the Yahoo! server.

## **DETAILS OF INVESTIGATION**

6.      On or about April 22, 2007, the mother of Jane Doe, an actual 12-year-old female who resides in Reston, Virginia, informed the Fairfax County Police Department that Jane Doe had been engaged in an Internet-based, romantic relationship with an individual using the e-mail account "nagrindr@yahoo.com."

7.      Jane Doe's mother reported that, on or about April 22, 2007, she discovered e-mail messages between Jane Doe and "nagrindr@yahoo.com" located on her Treo personal digital assistant and cellphone.

8.      Through the course of this investigation, I have identified the individual who has been corresponding with Jane Doe by using the "nagrindr@yahoo.com" e-mail account as WILLIAM E.WILSON, who resides at 130 Beth Place, Dover, Delaware 19901.

9.      A check of various commercial databases revealed that WILLIAM E. WILSON

was born on September 2, 1970 and is assigned the social security number 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.

10.     On or about April 23, 2007, I interviewed Jane Doe and her mother, at their residence in Reston, Virginia.

11.     Jane Doe reported that she met WILLIAM E. WILSON on or about February 22, 2007 on the website "popteen.us.com," a social networking website that caters to teenage girls. Jane Doe stated that WILLIAM E. WILSON, using the e-mail address "nagrindr@yahoo.com," sent an e-mail message to her AOL e-mail address (gayleeegirl@aol.com) after identifying her on the popteen.us.com website.

12.     Between, on or about February 22, 2007 and mid-April 2007, Jane Doe and WILLIAM E. WILSON engaged in numerous e-mail communications and cellular telephone calls, in which they discussed many topics. During these communications, Jane Doe was located in Reston, Virginia and WILLIAM E. WILSON was located in Dover, Delaware.

13.     During these conversations, they came to call one another "girlfriend" and "boyfriend;" professed their love for one another; talked of being engaged to be married; engaged in sexually explicit conversations about behavior that they wanted to engage in with each other; and discussed meeting to do so.

14.     In or about the week of April 15, 2007, WILLIAM E. WILSON e-mailed to Jane Doe pictures of himself, including pictures of him in what appears to be a military uniform; holding a cup in an outdoor setting; and sitting on a couch. Jane Doe also came into possession of pictures of WILLIAM E. WILSON that he had posted on social networking websites, such as

6

MySpace.com. These pictures of WILLIAM E. WILSON appear to depict the same person pictured in DMV record photographs of WILSON obtained during this investigation.

15.     Based on my discussions with Jane Doe and her mother, during that same week, WILLIAM E. WILSON e-mailed to Jane Doe a nude picture of himself, exposing his penis.

16.     Also in or about the week of April 15, 2007, Jane Doe e-mailed pictures of herself to WILLIAM E. WILSON, in response to his request that she do so. One of the pictures is of Jane Doe wearing a bikini top.

17.     A number of the e-mail communications between Jane Doe and WILLIAM E. WILSON for the period of April 21 and 22, 2007 were located in Jane Doe's or her mother's e-mail accounts with AOL. Jane Doe's mother provided me with access to these e-mail messages on or about April 23, 2007.

18.     A review of the e-mail messages reveals that Jane Doe and WILLIAM E. WILSON were engaging in sexually explicit conversations and planning to meet for the purpose of engaging in sexually explicit conduct. The more pertinent of these recovered messages are summarized below.

19.     Messages saved in Jane Doe or her mother's e-mail account indicate that Jane Doe and WILLIAM E. WILSON exchanged approximately 100 messages between 11:03 a.m. and 10:36 p.m. on April 21, 2007.

20.     On April 21, 2007, at approximately 1:10 p.m., WILLIAM E. WILSON sent an

e-mail to Jane Doe remarking on the pictures of herself that she had e-mailed to him. The

following exchange ensued (in reverse-chronological order):

-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 5:18 PM
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love

you have such a lovely face, god, i want to kiss you right now, i amso in love with
you, you are so amazingly beautiful, i just was just knocked off my feet by how
hot you look, all of them, and that last one, i just felt like i connected with your
eyes, i wanted so much just to kiss you, you are so wonderful, i am truly the
luckiest guy alive, you are Bangin'!

\*        \*        \*        \*\*

Date: Sat, 21 Apr 2007 13:46:10 -0700 (PDT)
From: william wilson <nagrindr@yahoo.com>
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love
To: gayleeegirl@aol.com

i don't care, i just love you to pieces! i think you are amazing!! did you like mine?
he he

*gayleeegirl@aol.com* wrote:
just so u know my hair is kindy stirght now and I have less pimpulls now too

Date: Sat, 21 Apr 2007 13:33:45 -0700 (PDT)
From: william wilson <nagrindr@yahoo.com>
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love
To: gayleeegirl@aol.com

you are so absolutely beautiful, i could have never guessed how gorgeaous you
look, i had a good idea but could have never guessed, you are exactly my type, so
wonderful and sexy!!!!I think i meant a naked one like mine, that would be amazing!

*gayleeegirl@aol.com* wrote:
I already sent one

8

Date: Sat, 21 Apr 2007 13:26:41 -0700 (PDT)
From: william wilson <nagrindr@yahoo.com>
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love
To: gayleeegirl@aol.com

this was last year after i cut my hair. ok, your turn!!!


*gayleeegirl@aol.com* wrote:
ok send it

Date: Sat, 21 Apr 2007 13:18:52 -0700 (PDT)
From: william wilson <nagrindr@yahoo.com>
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love
To: gayleeegirl@aol.com

send anything at all, i love them! I'll show you mine if you show me yours!! lol, i
just think you're sexy, that's all, but it would be nice, and i do have one of me if
you want.

*gayleeegirl@aol.com* wrote:
maybe more pic and a big maybe to the other question

Date: Sat, 21 Apr 2007 13:10:48 -0700 (PDT)
From: william wilson <nagrindr@yahoo.com>
Subject: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: Re: love
To: gayleeegirl@aol.com

the picture of you was so cute! you are so pretty, so sexy!!!wos, i couldn't have
imagined how awesome you look! i am soo lucky!! send me more!!!!! send me
naked ones!!!!

21.    As the chat continued into the early evening of April 21, 2007, WILLIAM E.

WILSON and Jane Doe returned to a discussion of the nude picture of himself with his genitals

exposed that he had e-mailed to Jane Doe (again in reverse chronological order):

-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com

9

Sent: Sat, 21 Apr 2007 9:15 PM
Subject: Re: love!

ok sweety, I'd really love that

***gayleeegirl@aol.com*** wrote:
im going to send another but not naked


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 9:07 PM
Subject: Re: love?

well, i would love it if you did, i think you are stunning.

***gayleeegirl@aol.com*** wrote:
yeah i wish i never did a lot of things and don't feel guilty about it,i really wnat to
send a pic like that


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 8:50 PM
Subject: Re: love?

really? I'm sorry things got so bad after i sent it, we were having such a great day,
i just wanted to share it with you thinking that you wanted it, in a way i thought it
was funny, but i guess i expected you to like it.you're such a sweet girl, i feel
guilty now about it. i wish i never sent it.

***gayleeegirl@aol.com*** wrote:
i ment i was NOT truned off i fogot the nt


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 8:22 PM
Subject: Re: love?

i don't want that if you're just feeling sorry fo rme

10

if i turn you off why bother?

***gayleeegirl@aol.com*** wrote:
yeah just so u know i was truned off by that pic i want sex more after i felt that it was my falt that u got sad


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 7:46 PM
Subject: Re: love?


I'm sorry i sent you that ugly picture.now i know why I'm alone. i try to think sometimes that I'm alright,but i don't fit into the world. I'm sorry if i offended you and scared you with how i look. i had just been so taken by your pictures, i guess i just wanted the same reaction-but it was completely opposite on how i had reacted to you. it made me very very sad, now i can't shake it. I've had so much trouble here making friends and am very alone, i had to resort to finding someone on the computer, and when they finally see me, naked of all things, they are toatlly turned off.yet this has opened my eyes, it's made me know that there's nothing i can really do with how i look. when i first put those pictures my sister took in popteen, i was 14 and still good looking, i let my hair grow, i had just moved from the phillipines where i had had the same girlfriend for seven years. i was more confident. coming here changed all that. i was new to public schools, i was ahead of everyone because i was considered more advanced so was alienated from everyoneand placed in different classes. so i guess you got it right, i am an alien, a mutant, a freak, and don't fit in here at all. i will go get lsot in the city where i can be anonymous and people won't judge me like this. i do love you but hate the fact that you reacted so negatively, so opposite of how i reacted to your pictures, so while i know you still love me and don't care and are smarter than most people, i still can't help to be sad at your reaction, what makes it worst of all is that i was nude in the picture, vulnerable, just out in the open, and it was not the reaction i expected to get.

***gayleeegirl@aol.com*** wrote:
please talk to me


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 6:27 PM
Subject: Re: love

11

i hope so, now i feel like shit. i shouldn't have sent that nasty picture anyway. i just thought you'd like it. I'm sorry.

22.     As the chat continued into the late hours of April 21, 2007, it became extremely sexual and graphic nature. Below are excerpted examples of this sexually explicit communication (again in reverse chronological order):

i would meet you in a beautiful park where we would walk throughthe woods to a waterfall, we would wade out into the water, I would remove your bikini and the water would rush over your hair, over your body, the coldness making your nipples hard and your blood to boil. you would come up and press your naked body on mine, i would kiss you and lick your nipples, playing with those perfect breasts, rubbing on your pussy with my other hand under water. You would reach for my hard cock, rubbing it up against your excited clit, feeling it up against your swollen, excited lips. you would take both of your arms around my neck, and using the water to hold you up, you would wrap your legs around my bed, lowering yourself down upon my cock, feeling it ease into you, inch by inch, you pump up and down on me as we kiss, my penis inside of you all the way, your moist pussy sliding me in and out of you, up and down, as the water flows over us and i back you up into the free fallling water, letting it run over our bodies as we fuck beneath the waterfall, kidding hard as you cum, the orgasm rocking through you as the water holds us together, the magic of our union making the earth move around us as the waterfall rushes over us.

*gayleeegirl@aol.com* wrote:
sometimes yes can we "have" sex now please


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 10:13 PM
Subject: Re: i love you minx!

yummy! i had all kinds of sexy thoughts seeing yourpics too, you are unbelievable!

*gayleeegirl@aol.com* wrote:
im srry to yes although i started having sex thouts after word


-----Original Message-----
From: nagrindr@yahoo.com

To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 10:06 PM
Subject: Re: i love you minx!

it must have been my huge penis

*gayleeegirl@aol.com* wrote:
i always did just the first one was a little to much


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 10:00 PM
Subject: Re: i love you minx!

hooray! now she likes my pictures! lol


23.    At 10:27 p.m. on April 21, 2007, WILLIAM E. WILSON sent Jane Doe the

following e-mail message:

-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 10:27 PM
Subject: Re: love!

i want you so bad, i want you to suck my hard cock as I lick your sweet, tight pussy. tell
me if you cum, tell me what you do to make you excited!

24.    Referring to a sexually explicit message that Jane Doe had sent to him, WILLIAM

E. WILSON sent the following e-mail message to Jane Doe:


-----Original Message-----
From: nagrindr@yahoo.com
To: gayleeegirl@aol.com
Sent: Sat, 21 Apr 2007 10:36 PM
Subject: Re: love!

13

that is so hot, i promise never to tell anyone, wow, that has me so excited, i think I'm going to cum! i think of you, and now look at your pictures, and imagine us together in all kinds of positions and play with myself until i cum. i always think of you, in different outfits, in the shower, in pigtails and short skirts with no pantys, i get so excited!

25.    On April 22, 2007, WILLIAM E. WILSON and Jane Doe continued to exchange sexually explicit messages during the course of their e-mail communications.  WILLIAM E. WILSON sent Jane Doe his first e-mail at 4:40 a.m., on April 22, 2007.  Based on the messages still located in Jane Doe or her mother's AOL account, WILSON sent Jane Doe his final e-mail of the day at 10:34 p.m., on April 22, 2007.  During the course of the day and based on the messages contained in Jane Doe or her mother's account, WILSON and Jane Doe exchanged more than 100 e-mail messages.

26.    At 3:47 p.m., on April 22, 2007, WILLIAM E. WILSON sent the following sexually explicit message to Jane Doe:

> Date: Sun, 22 Apr 2007 15:47:09 -0700 (PDT)
> From: william wilson <nagrindr@yahoo.com>
> Subject: Re: Re: Re: Re: Re: Re: Re: Re: love!
> To: gayleeegirl@aol.com
> 1.69 is when a guy and a girl give each other oral sex laying down, he licking her while she sucks on him, it looks like a 6 and a 9
> 2. are you excited now? do you need a story?

27.    At 6:01 p.m., on April 22, 2007, WILLIAM E. WILSON sent the following sexually explicit e-mail to Jane Doe:

> Date: Sun, 22 Apr 2007 16:01:14 -0700 (PDT)
> From: william wilson <nagrindr@yahoo.com>
> Subject: Re: Re: Re: Re: Re: Re: Re: Re: love!
> To: gayleeegirl@aol.com
>
> i like when you are on top of me, riding me, this way i can see you , and it helps

14

for me to reach your g-spot this way, it's the most sensitive spot on a woman and i have to sort of arch inside of you to reach it, it is up under the pelvis bone and can usually only be reached by the fingers, yet when you're on top and riding me in a certain way i can reach it. i love when you are on top, and when we're doing it doggystyle.

28.     On or around 10:00 p.m., on April 22, 2007, Jane Doe wrote to WILLIAM E.

WILSON: "my mom thinks i am 2 young for boys."

29.     WILSON responded by inviting Jane Doe to leave home to be with him.  He

wrote: "but if you ever want out, you're more than welcome to be with me.  We can elope!"

30.     Between, on or about April 22 and 23, 2007, Jane Doe's mother discovered the e-

mail communications between WILLIAM E. WILSON and Jane Doe and spoke with her

daughter about them.

31.     On or about April 23, 2007, Jane Doe and her mother provided the Fairfax County

Police Department with authorization to assume Jane Doe's on-line identity to continue to

conduct this investigation into WILLIAM E. WILSON's activities.  Your affiant then assumed

Jane Doe's on-line identity and continued communicating with WILLIAM E. WILSON, via Jane

Doe's AOL e-mail address "gayleeegirl@aol.com."

32.     Writing as Jane Doe, your affiant wrote to WILLIAM E. WILSON, stating:

hi sweetie sorry i cudnt send u anything yesterday mom and i had taked about u i told her u are 15 and she said i cant call u on the phone anymore and took the treo from me she said i am only 12 and i am 2 young to be with boys.i miss you she doent undrstand i hate this . . . .

33.     On April 25, 2007, at 2:57 a.m., WILLIAM E. WILSON responded to Jane

Doe's message, writing, among other things: "you can always come be with me if you're being

mistreated there. . . .  we should be together!"

34.    At approximately 7:00 p.m. on April 25, your affiant, posing as Jane Doe, wrote to WILLIAM E. WILSON:

> I don't kno if i can wait im getting sick of my mom i wish i cud just see u even for a litl while.

35.    WILLIAM E. WILSON responded with a message at 7:12 p.m. that read:

> then come to me!  we should meet up! i need to save money, but it would be so easy to come here by bus, come whenever you want!

36.    As to what they would do after Jane Doe traveled to meet him in Delaware, WILLIAM E. WILSON wrote at 7:35 p.m.:

> you are so amazing!  When we meet, we will run to each toher and hug and kiss and hold hands and never let go, i will bring you to live with me and we can do anything you want i want to snuggle you and watch movies and cuddle you when we sleep and make love to you and teach you all i know, we will be the happiest couple on earth my ladybug!  I love you more than the sun and the stars, we will do everything together!

37.    On April 26, 2007, beginning at approximately 5:00 p.m., your affiant began communicating by e-mail with WILLIAM E. WILSON to arrange to travel by bus from Virginia to WILSON's home, in Dover, Delaware, on Saturday, April 28, 2007.

38.    In particular, WILLIAM E. WILSON wrote that he would check the Greyhound website for a bus schedule and fare amounts -- which, based on subsequent e-mails, he did.  For instance, he informed your affiant that a ticket would cost "$35.50" one way, and "$70 round trip."  He explained to your affiant how to locate a local bus service, which could take me from the girl's Reston home to the Greyhound station in Washington.  He told your affiant to "bring a light coat, a change of clothes and your toothbrush!!!"  He also instructed your affiant that "it

16

says the bus leaves DC at 1 pm, so make sure you leave early, around 11 am to make it there

depending on how long it is from your house to DC."

39.     At approximately 7:00 p.m., the conversation between Jane Doe and WILLIAM

E. WILSON turned back to the naked pictures of Jane Doe that WILSON had requested in mid-

April. Your affiant, writing as Jane Doe, stated that she would be willing to take some digital

pictures and mail them to WILSON. When your affiant asked WILSON if he wanted Jane Doe

to do so, WILSON responded:

> oh lord yes! I wanna see it all! And when you get here i will! lol

40.     Minutes later, WILLIAM E. WILSON wrote:

> good, you need to be worshipped like a goddess and made to feel all of life's
> pleasures, you need to be paid attention to and loved and given all the passions a
> man can give a woman, it will make you complete and will change you forever,
> that's what it felt like to me, i became myself when i knew all those feelings
> finally!

41.     After your affiant asked WILSON what type of pictures he wanted her to send,

WILLIAM E. WILSON wrote:

> i want to see your perfect breasts and a full body shot nude, and a picture of your
> pussy, spread open so i see your lips all nice and wet, and a picture of your ass, i
> love that very much! just everything! wow, I'm all excited now!!

42.     WILLIAM E. WILSON then provided his name and verified his address as 130

Beth Place, Dover, Delaware 19901, to which he asked Jane Doe to mail these sexually explicit

pictures of herself.

43.     On April 27, 2007, your affiant continued communicating with WILLIAM E.

WILSON about the plan for Jane Doe to take the bus from Virginia to WILSON's home in

Dover, Delaware, on April 28, 2007. In particular, WILSON wrote:

17

i am really excited too! i can't believe it! i have a lot of fun things planned for us!
Please e-mail me before you leave so i know you are on your way, remember the bus
leaves DC at 1pm and i will meet you at 6pm here, i will get there an hour early to make
sure i will be there when you arrive. it's going to be a nice weekend weather wise and
everything's going to be perfect! i will tell my parents i have a friend I'm meeting up with,
and we'll just keep to ourselves in my room or go out most the time so it will work out
fine. just remember to e-mail me before you leve! I love you my sweet sweet teddy
bear!!!

44.    At 7:39 p.m., on April 27, 2007, WILLIAM E. WILSON wrote to Jane Doe:

Just please be careful, everything will turn out if it's meant to be!  what are you
telling your mom?

45.    Your affiant, posing as Jane Doe, wrote back that I told my mom I was staying at

my friend "emma's" house and planned to take the first bus to Dover on April 28, 2007.

46.    At 7:47 p.m., on April 27, 2007, WILLIAM E. WILSON responded:

well sweety, the earliest bus is at 5 am in the morning!!!  that's way to early, just
go on the 1 pm bus, it says it's $38 on Saturday, don't worry, i will have the rest
to cover your way back.  try not to tell emma too much in case your mom asks her
where you went if she calls her so you don't get in trouble.  have a back up plan.

47.    At 7:52 p.m., on April 27, 2007, WILLIAM E. WILSON provided Jane Doe with

further instructions on traveling to Dover:

yes, the bus leaves dc at 5am,1pm and 715pm, so 1pm seems the best time.  leave
emmas at around 10 am to get to dc in enough time and to meet the bus. when i
left for new tork they said to be at the bus an hour early, so give yourself enough
time, the bus may even show up a little earlier so leave early enough to meet the
bus to dc to meet the 1pm bus an hour earlier.

48.    At 8:05 p.m., on April 27, 2007, WILLIAM E. WILSON wrote to Jane Doe:

. . . oh, and do you like wine?  there was a party at my school and they were going
to throw out these two boxes of wine so i grabbed them. they will be nice with our
meals!  it will be so romantic!

18

49.     In response to Jane Doe's e-mail saying "maybe we can snuggle and watch movees and I will fall asleep in ur arms," WILLIAM E. WILSON wrote, at 8:15 p.m, on April 27, 2007:

> that's exactly what i had in mind!  and a lot more yum!

50.     In response to Jane Doe's question "ok so how old shud I tell them I am if sumone asks," WILLIAM E. WILSON wrote, at 8:16 p.m., on April 27, 2007:

> you are 18 so they don't question why you're away from home by yourself.

51.     At 8:22 p.m., on April 27, 2007, WILLIAM E. WILSON wrote to Jane Doe:

> iw ish we could get married while you're here, maybe we can have a mock ceremony, so bring a ring!!

52.     As the chatting wrapped up for the night on April 27, 2007, your affiant, posing as Jane Doe, wrote that she planned to take nude pictures of herself for WILLIAM E. WILSON on Saturday, April 28 with her mother's digital camera.  At 9:07 p.m., on April 27, 2007, WILLIAM E. WILSON responded:

> he he!  you are the best girl a man can have, the best wife, the ebest everything! and i will see you tomorrow!  i can't believe it!  i love you sooo much, e-mail me before you leave!  i'll see you tommoorow!!!  i love you my little minx!

53.     At 8:24 a.m., on April 28, 2007, your affiant, posing as Jane Doe, wrote to WILLIAM E. WILSON:

> i am leaving now i cant wait to see u and b in ur arms today i love u i took some nekked pictures 4 u last nite and will drop them in the mailbox so u can have them to remember me i love u so so so so so much see u soon

54.     At 8:38 a.m., on April 28, 2007, WILLIAM E. WILSON responded:

> ok, i will see you at the bus stop, i lovbe you please be careful!

19

55.    At 11:18 a.m., on April 28, 2007, your affiant, posing as Jane Doe, sent

WILLIAM E. WILSON an e-mail informing him that Jane Doe had gotten lost on the metro,

could not find the Greyhound station, and returned to her house. At 12:10 p.m., WILLIAM E.

WILSON responded:

> you're not coming?  oh, i knew it!  oh, this stinks, i had everything all planned!  it's not
> yuour fault but i am disappointed.  i really wanted to see you, i had everything planned
> from what we would do to what we would eat, everything, oh, i'm going to cry.  this
> stinks.  i knew it, we shouldn't haver tried this, i knew it would be too hard, at least
> you're safe.

56.    One minute later, at 12:11 p.m., WILLIAM E. WILSON transmitted another e-

mail to Jane Doe, saying:

> yes, i was getting ready to go out and was just about to leave, i'm really sad now
> but i'm glad you are ok.

## CONCLUSION

57.    Based on the above information, there is probable cause to believe that Title 18

United States Code, Sections 2422 and 2252.

Respectfully submitted,

Craig R. Paul
Detective, Fairfax County Police Department

Subscribed and sworn
before me this 30⁺ͪ   of
April 2007

/s/
Liam O'Grady
United States Magistrate Judge

20